**MELANIE SCHEIBLE, ESQ.**
Nevada Bar # 14266
**Craig P. Kenny & Associates**
501 S. Eighth Street
Las Vegas, NV 89101
(702) 380-2800
Attorney for Defendant

<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF NEVADA**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -vs-<br><br>PAUL ESCOTO-BARAJAS,<br><br>    Defendant. | 2:24-mj-00433-MDC |

<u>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE**</u>

 COMES NOW the Defendant PAUL ESCOTO-BARAJAS, by and through his counsel of record, MELANIE SCHEIBLE, Esq., of CRAIG P. KENNY & ASSOCIATES and the UNITED STATES OF AMERICA represented by SKYLER PEARSON and jointly submit the below status report.

<u>**STATUS REPORT**</u>

 On or about October 11, 2024, Defendant entered into the following plea agreement:

1. The government moved in open court to amend Count One of the Compliant to Reckless Driving, a violation of 36 C.F.R. § 4.2(b); NRS §484.653(1), a Class B misdemeanor.
2. Defendant pled guilty to Count 1 of the complaint.
3. Defendant agreed to pay a fine of $1000 and a $10 penalty assessment;
4. Defendant agreed to attend and complete the DUI Course;
5. Defendant agreed to attend and complete the Victim Impact Panel;
6. Defendant agree to attend and complete an (8) hour online alcohol awareness course;
7. Defendant agreed not to return to the Lake Mead National Recreation Area for a period of six (6) months; and

8. Defendant agreed not to violate any local, state, or federal laws.

Defendant has completed all of the above requirement.

**STIPULATION**

The parties hereby stipulate to close the instant case, and vacate the hearing scheduled on July 17, 2025.  all requirements having been satisfied and attached hereto.

DATED this 9th day of July, 2025.

By: *Melanie Scheible*
Melanie Scheible, Esq.
Attorney for Defendant
CRAIG P. KENNY AND ASSOCIATES

By:  *Skyler Pearson /s*

Attorney for the United States

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 7-11-25

2